| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2004 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |

| 1. Person Reporting (Last name, First name, Middle initial) Browning, James O | 2. Court or Organization U.S.D. C. for District of NM | 3. Date of Report 5/12/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time) U.S. District Judge - Active | 5. ReportType (check appropriate type) ○ Nomination, Date ○ Initial ● Annual ○ Final | 6. Reporting Period 1/1/2004 to 12/31/2004 |
| 7. Chambers or Office Address 333 Lomas Blvd NW STE 660 Albuquerque, NM 87102 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations. Reviewing Officer_____ Date_____ | |

IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ **NONE** - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Director, Shareholder and Officer | Corporation |
| 2. Trustee | Trust #1 |
| 3. Custodian | Custodial Account #2 |
| 4. Custodian | Custodial Account #3 |
| 5. Director | Christian Scholarship Fund |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ **NONE** - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED 2005 MAY 13 P 2: 03 FINANCIAL DISCLOSURE OFFICE

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Browning, James O | 5/12/2005 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|
| 1. | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☐ NONE  - (No reportable non-investment income.)

| DATE | SOURCE AND TYPE |
|---|---|
| 1.  2004 | Montgomery Blvd. Church Of Christ, wages |
| 2.  2004 | Sunset Mesa Schools Inc., wages |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE   - (No such reportable reimbursements.)

| SOURCE | DESCRIPTION |
|---|---|
| 1. | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ NONE - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE - (No reportable liabilities.)

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | Wells Fargo | Five Year Note (prior year line of credit converted to five-year term loan) | M |
| 2. | Wells Fargo | Credit Card | J |
| 3. | USNMFCU | Vehicle Loan | K |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income. value. transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1.  Corporation | | | | | | | | | See NOTE I @ Part VIII |
| 2.  --Working Interest-Cercion #5, Lea County, NM | | None | J | U | | | | | |
| 3.  --Working Interest-Cercion #6, Lea County, NM | | None | J | U | | | | | |
| 4.  --Working Interest- Nash #5 Eddy County, NM | A | Royalty | J | U | | | | | |
| 5.  --Working Interest - Nash #9, Eddy County, NM | B | Royalty | J | U | | | | | |
| 6.  --Working Interest - Nash #10, Eddy County, NM | A | Royalty | J | U | | | | | |
| 7.  --Working Interest - Nash #11, Eddy County, NM | B | Royalty | J | U | | | | | |
| 8.  --Working Interest - Nash #12, Eddy County, NM | B | Royalty | J | U | | | | | |
| 9.  --Working Interest - Nash #15, Eddy County, NM | C | Royalty | J | U | | | | | |
| 10.  --Working Interest - Nash #25, Eddy County, NM | A | Royalty | J | U | | | | | |
| 11.  --Working Interest, Nash #19, Eddy County, NM | A | Royalty | J | U | | | | | |
| 12.  --Working Interest - Nash #23, Eddy County, NM | A | Royalty | J | U | | | | | |
| 13.  --Working Interest - Nash #24, Eddy County, NM | B | Royalty | J | U | | | | | |
| 14.  --Working Interest - Nash #29, Eddy County, NM | A | Royalty | J | U | | | | | |
| 15.  --Working Interest - Nash #38, Eddy County, NM | A | Royalty | J | U | | | | | |
| 16.  --Working Interest - Shell State #1, Lea County, NM | D | Royalty | J | U | | | | | |
| 17.  --Working Interest - Shell State #2, Lea County, NM | B | Royalty | J | U | | | | | |
| 18.  --Working Interest - Shell State #3, Lea County, NM | A | Royalty | J | U | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger, redemption) | If not exempt from disclosure | | | |
| | | | | | | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. --Working Interest - Shell State #4, Lea County, NM | A | Royalty | J | U | | | | | |
| 20. --Working Interest - Shell State #6, Lea County, NM | A | Royalty | J | U | | | | | |
| 21. --Working Interest - Shell State #5, Lea County, NM | | None | J | U | | | | | |
| 22. --Working Interest - Snoddy Federal #1, Lea County, NM | B | Royalty | J | U | | | | | |
| 23. --Working Interest - West Loving #1, Eddy County, NM | A | Royalty | J | U | | | | | |
| 24. --Working Interest - Queen Lake 36 #1, Eddy County NM | A | Royalty | J | U | | | | | |
| 25. --Working Interest - Milano St #1, Eddy County, NM | A | Royalty | J | U | | | | | |
| 26. --Working Interest - Milano St #2, Eddy County, NM | A | Royalty | J | U | | | | | |
| 27. --Working Interest - Tirano St, Eddy County, NM | A | Royalty | J | U | | | | | |
| 28. —Working Interest - Hopi Federal, Lea County, NM | A | Royalty | J | U | | | | | |
| 29. --Working Interest - Tomcat 16 St #2, Eddy County, NM | A | Royalty | J | U | | | | | |
| 30. --Working Interest - Tomcat 16 St #3, Eddy County, NM | A | Royalty | J | U | | | | | |
| 31. --Working Interest - Tomcat 16 St #4, Eddy County, NM | A | Royalty | J | U | | | | | |
| 32. --Working Interest - Tomcat 16 St #6, Eddy County, NM | A | Royalty | J | U | | | | | |
| 33. —Working Interest - Tomcat 16 St #7, Eddy County, NM | A | Royalty | J | U | | | | | |
| 34. --Working Interest - Tomcat 16 St #8, Eddy County, NM | A | Royalty | J | U | | | | | |
| 35. --Working Interest - Tomcat 16 St #10, Eddy County, NM | A | Royalty | J | U | | | | | |
| 36. --Working Interest - Tomcat 16 St #13, Eddy County, NM | A | Royalty | J | U | | | | | |

1. Income/Gain Codes:    A = $1.000 or less    B = $1,001-$2,500    C = $2.501-$5,000    D = $5.001-$15,000    E = $15.001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100.001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5.000.000

2. Value Codes:    J = $15,000 or less    K = $15.001-$50,000    L = $50.001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250.000-$500.000    O = $500,001-$1.000.000    P1 = $1,000.001-$5,000,000    P2 = $5,000.001-$25,000.000
   P3 = $25,000,001-$50,000,000    P4 = $More than $50,000.000

3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 5/12/2005 |

## VII.  INVESTMENTS and TRUSTS  -- income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | (1) | If not exempt from disclosure | | | |
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 37.    --Working Interest - Oxy Federal #1, Eddy County, NM | C | Royalty | K | U | | | | | |
| 38.    --Willow Lake 35 #1, Eddy County, NM | A | Royalty | J | U | | | | | |
| 39.    --Working Interest - N. Scanlon, Eddy County, NM | | None | J | U | | | | | |
| 40.    --Working Interest - Forty Niner Ridge Unit #3 | A | Royalty | J | U | Buy | 5/21 | J | | Strata Production |
| 41.    --Working Interest - Forty Niner Ridge Unit #2 | A | Royalty | J | U | Buy | 5/21 | J | | Strata Production |
| 42.    --Working Interest - Forty Niner Ridge Unit #4 | | None | J | U | Buy | 5/21 | J | | Strata Production |
| 43.    --Working Interest - Forty Niner Ridge Unit #6 | | None | J | U | Buy | 5/21 | J | | Strata Production |
| 44.    --Working Interest - Forty Niner Ridge Unit #1 | | None | J | U | Buy | 5/21 | J | | Strata Production |
| 45.    --Dinero Joint Venture - Roswell, NM | G | Royalty | L | U | | | | | |
| 46.    --LTD Partnership Real Estate, Albuquerque, NM | F | Distribution | M | U | | | | | |
| 47.    --Gabelli - Mutual Fund | A | Dividend | | | Sell | 1/13 | K | B | |
| 48.    --IBM - Common Stock | A | Dividend | K | T | | | | | |
| 49.    --Fidelity Money Market | A | Dividend | K | T | | | | | |
| 50.    --Treasury Bills | A | Interest | J | T | Part Sale | 11/26 | J | | See NOTE 2 @ Part VIII |
| 51.    --Checking Account at New Mexico Bank & Trust | A | Interest | L | T | | | | | |
| 52.    Trust #1 - Vanguard Brokerage Acct - Prime Money Market | B | Dividend | L | T | | | | | |
| 53.    Trust #1 - Treasury Bills | D | Interest | O | T | | | | | |
| 54.    Trust #1 - Savings Bonds | C | Interest | L | T | | | | | |

| 1. Income/Gain Codes: (See Colunms B1 and D4) | A = $1,000 or less F = $50,001-$100.000 | B = $1,001-$2,500 G = $100.001-$1.000,000 | C = $2.501-$5.000 H1 = $1,000,001-$5,000,000 | D = $5.001-$15.000 H2 = More than $5.000.000 | E = $15.001-$50,000 |
|---|---|---|---|---|---|
| 2. Value Codes: (See Colunms C1 and D3) | J = $15,000 or less N = $250.000-$500.000 P3 = $25,000,001-$50,000,000 | K = $15.001-$50.000 O = $500,001-$1.000,000 | L = $50.001-$100.000 P1 = $1.000.001-$5,000,000 P4 = $More than $50,000,000 | M = $100.001-$250.000 P2 = $5.000.001-$25.000.000 | |
| 3. Value Method Codes (See Column C2) | Q = Appraisal U = Book Value | R = Cost (Real Estate Only) V = Other | S = Assessment W = Estimated | T = Cash/Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS  -- income. value. transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell. merger. redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 55. Trust #1 (Brokerage Account at Fidelity) | | | | | | | | | See NOTE 1 @ Part VIII |
| 56. --Fidelity Municipal Money Market | A | Dividend | J | T | | | | | |
| 57. --Wilshire Target 5000 Indx Investors Class (Mutual Fund) | A | Dividend | | | Sell | 01/20 | K | B | |
| 58. --Boeing Common Stock | A | Dividend | | | Sell | 09/16 | K | C | |
| 59. --Capital One Common Stock | A | Dividend | | | Sell | 01/20 | K | C | |
| 60. -- Citigroup Common Stock | A | Dividend | | | Sell | 02/13 | K | B | |
| 61. --Royale Energy Common Stock | | None | | | Sell | 02/13 | K | C | |
| 62. --Travelers Property Class A Common Stock | A | Dividend | J | T | | | | | |
| 63. --Travelers Property Class B Common Stock | A | Dividend | | | Sell | 04/05 | J | A | |
| 64. --Vanguard Index Trust S&P 500 Portfolio (Mutual Fund) | A | Dividend | | | Sell | 01/20 | K | A | |
| 65. IRA #1 (Fidelity Brokerage Account) | | | | | | | | | See NOTE 1 @ Part VIII |
| 66. -- Timewarner Common Stock (fka AOL) | | None | J | T | | | | | |
| 67. --AT&T Wireless Common Stock | | None | | | Sell | 10/27 | J | A | |
| 68. --Cisco Common Stock | | None | J | T | | | | | |
| 69. --Dell Common Stock | | None | J | T | | | | | |
| 70. --EMC Common Stock | | None | J | T | | | | | |
| 71. --Gateway Common Stock | | None | J | T | | | | | |
| 72. --Gillette | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:      A = $1.000 or less      B = $1,001-$2,500      C = $2.501-$5,000      D = $5,001-$15,000      E = $15.001-$50,000
   (See Columns B1 and D4)      F = $50,001-$100.000      G = $100.001-$1,000,000      H1 = $1,000,001-$5,000,000      H2 = More than $5.000.000
2. Value Codes:      J = $15,000 or less      K = $15.001-$50,000      L = $50.001-$100,000      M = $100.001-$250,000
   (See Columns C1 and D3)      N = $250.000-$500,000      O = $500,001-$1,000,000      P1 = $1,000,001-$5,000,000      P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000      P4 = $More than $50,000,000
3. Value Method Codes      Q = Appraisal      R = Cost (Real Estate Only)      S = Assessment      T = Cash/Market
   (See Column C2)      U = Book Value      V = Other      W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 73. --International Paper Common Stock | A | Dividend | J | T | | | | | |
| 74. --McData Common Stock | | None | J | T | | | | | |
| 75. --Merck Common Stock | A | Dividend | K | T | | | | | |
| 76. --Microsoft Common Stock | A | Dividend | J | T | | | | | |
| 77. --PMC - Sierra Common Stock | | None | J | T | | | | | |
| 78. --Pfizer Common Stock | A | Dividend | J | T | | | | | |
| 79. --Qwest Common Stock | | None | J | T | | | | | |
| 80. --Charles Schwab Common Stock | A | Dividend | J | T | | | | | |
| 81. --Tellabs Common Stock | | None | J | T | | | | | |
| 82. --Xilinx Common Stock | A | Dividend | J | T | | | | | |
| 83. --Baron Small Cap Fd | B | Dividend | M | T | Buy | 8/9 | L | | |
| 84. --Dodge & Cox Internatl Stock Fund | A | Dividend | K | T | Buy | 8/9 | K | | |
| 85. --Meridian Growth Fund | B | Dividend | L | T | Buy | 8/9 | L | | |
| 86. --Rydex OTC Investor Class | | None | M | T | Buy | 8/9 | M | | |
| 87. --Thompson Plumb Growth Fund | B | Dividend | L | T | Buy | 8/9 | L | | |
| 88. --Vanguard Int'l Growth Portfolio | A | Dividend | K | T | Buy | 8/9 | K | | |
| 89. --Vanguard Total Stock Market | B | Dividend | M | T | Buy | 11/16 | M | | |
| 90. --Fidelity Cash Reserves | A | Dividend | J | T | | | | | |

1. Income/Gain Codes: (See Columns B1 and D4)   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000

2. Value Codes: (See Columns C1 and D3)   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000   P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000

3. Value Method Codes (See Column C2)   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market   U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS  -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy. sell. merger. redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 91. --Anadarko Petroleum Common Stock | A | Dividend | | | Sell | 06/18 | K | B | |
| 92. --May Dept. Store Common Stock | A | Dividend | K | T | | | | | |
| 93. --Noble Drilling Common Stock | | None | | | Sell | 11/18 | K | A | |
| 94. IRA #2 (Fidelity Brokerage Account) | | | | | | | | | See NOTE 1 @ Part VIII |
| 95. --Alliance Technology Class A (Mutual Fund) | | None | K | T | | | | | |
| 96. --Putnam OTC & Energy Growth Class A (Mutual Fund) | | None | J | T | | | | | |
| 97. --Vanguard Total Stock Market | A | Dividend | K | T | Buy | 11/16 | K | | |
| 98. --Fidelity Cash Reserve | A | Dividend | J | T | | | | | |
| 99. Custodial Account #3 | | | | | | | | | See NOTE 1 @ Part VIII |
| 100. --Alliance Bernstein Technology Fund-Class B Mutual Fund | | None | J | T | | | | | |
| 101. --Vanguard Total Stock Market | A | Dividend | J | T | Buy | 6/16 | J | | |
| 102. --Fidelity Cash-Money Market | A | Interest | J | T | | | | | |
| 103. Custodial Account #4 | | | | | | | | | See NOTE 1 @ Part VIII |
| 104. --Fidelity Cash-Money Market | | None | | | Transfer | 1/23 | | | Transferred to Custodial A/C |
| 105. 529 Acct #1 (A.G. Edwards) Cap 75 Equity (Mutual Fund) | | None | J | T | Transfer In | 9/13 | J | | Change of Beneficiary |
| 106. 529 Acct. #2 (A.G. Edwards) Cap 75 Equity (Mutual Fund) | | None | K | T | Transfer Out | 9/13 | J | | Change of Beneficiary |
| 107. 529 Acct #3 (A.G. Edwards) Cap 75 Equity (Mutual Fund) | | None | K | T | | | | | |
| 108. Trust #1 (Wachovia Brokerage Account) | | | | | | | | | See NOTE 3 @ Part VIII |

1. Income/Gain Codes:  A = $1.000 or less   B = $1,001-$2,500   C = $2.501-$5.000   D = $5.001-$15.000   E = $15,001-$50.000
(See Columns B1 and D4)  F = $50,001-$100.000   G = $100.001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:  J = $15,000 or less   K = $15.001-$50.000   L = $50.001-$100.000   M = $100.001-$250.000
(See Columns C1 and D3)  N = $250.000-$500.000   O = $500,001-$1,000.000   P1 = $1.000.001-$5,000,000   P2 = $5.000,001-$25,000.000
P3 = $25,000,001-$50,000,000   P4 = $More than $50,000,000
3. Value Method Codes  Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)  U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | If not exempt from disclosure | | | |
| | | | | | | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 109. Former Custodial Account #1 | | | | | | | | | See NOTE 1 @ Part VIII |
| 110. --Alliance Bernstein Tech Fund- Class B (Mutual Fund) | | None | J | T | | | | | |
| 111. -- Wachovia (Evergreen) Money Fund | A | Interest | J | T | | | | | |
| 112. Custodial Account #2 | | | | | | | | | See NOTE 1 @ Part VIII |
| 113. --Alliance Bernstein Tech Fund- Class B (Mutual Fund) | | None | J | T | | | | | |
| 114. --Wachovia (Evergreen) Money Fund | A | Interest | J | T | | | | | |
| 115. Former Law Firm Profit Sharing (my share) | | None | | | Rollover | 06/25 | | | See NOTE 4 @ Part VIII |
| 116. Former Law Firm Profit Sharing (Total) | | None | | | Rollover | 06/25 | | | See NOTES 1 & 4 @ Part VIII |
| 117. --Vanguard Total Stock Market Index Fund (Total) - VTSMX | | None | | | Rollover | 06/25 | | | See NOTE 4 @ Part VIII |
| 118. --Vanguard Total Bond Market Index Fund (Total) - VBMFX | | None | | | Rollover | 06/25 | | | See NOTE 4 @ Part VIII |
| 119. --Vanguard Global Equity Fund (Total) - VHGEX | | None | | | Rollover | 06/25 | | | See NOTE 4 @ Part VIII |
| 120. --Vanguard REIT Index Fund (Total) - VGSIX | | None | | | Rollover | 06/25 | | | See NOTE 4 @ Part VIII |
| 121. --Vanguard Prime Money Market Fund (Total) VMMXX | | None | | | Rollover | 06/25 | | | See NOTE 4 @ Part VIII |
| 122. -- Firm Contribution Receivable | | None | | | Rollover | 06/25 | | | See NOTE 4 @ Part VIII |
| 123. Former Law Firm Money Purchase Pension Plan (my share) | | None | | | Rollover | 06/25 | | | See NOTE 4 @ Part VIII |
| 124. Former Law Firm Money Purchase Pension Plan (Total) | | None | | | Rollover | 06/25 | | | See NOTES 1 & 4 @ Part VIII |
| 125. --Vanguard Total Stock Market Index Fund (Total) VTSMX | | None | | | Rollover | 06/25 | | | See NOTE 4 @ Part VIII |
| 126. --Vanguard Total Bond Market Index Fund (Total) VBMFX | | None | | | Rollover | 06/25 | | | See NOTE 4 @ Part VIII |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income. value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A -H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy. sell. merger. redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 127. --Vanguard Global Equity Fund (Total) VHGEX | | None | | | Rollover | 06/25 | | | See NOTE 4 @ Part VIII |
| 128. --Vanguard REIT Index Fund (Total) VGSIX | | None | | | Rollover | 06/25 | | | See NOTE 4 @ Part VIII |
| 129. --Vanguard Prime Money Market Fund (Total) VMMXX | | None | | | Rollover | 06/25 | | | See NOTE 4 @ Part VIII |
| 130. --Firm Contribution Receivable | | None | | | Rollover | 06/25 | | | See NOTE 4 @ Part VIII |
| 131. Bank First Common Stock | | None | L | T | | | | | |
| 132. Roth #1 - (A.G. Edwards) | | | | | | | | | See NOTE 1 @ Part VIII |
| 133. --IDEX Series - Janus Growth Fund Class A (X) | | None | | | Sell | 4/29 | J | A | |
| 134. --Growth Fund of America Mutual Fund (X) | A | Dividend | J | T | Buy | 5/3 | J | | |
| 135. --AG Edwards Cash & Money Fund (X) | A | Interest | J | T | | | | | |
| 136. Roth #2 - (A.G. Edwards) | | | | | | | | | See NOTE 1 @ Part VIII |
| 137. --IDEX Series - Janus Growth Fund Class A (X) | | None | J | T | | | | | |
| 138. --Growth Fund of America Mutual Fund | A | Dividend | J | T | | | | | |
| 139. --AG Edwards Cash & Money Fund (X) | A | Interest | J | T | | | | | |
| 140. --Europacific Growth Fund SBI | A | Dividend | J | T | Buy | 04/29 | J | | |
| 141. --Smallcap World Fund Inc | A | Dividend | J | T | Buy | 04/29 | J | | |
| 142. Roth #3 - (A.G. Edwards) | | | | | | | | | See NOTE 1 @ Part VIII |
| 143. --IDEX Series - Janus Growth Fund Class A (X) | | None | | | Sell | 04/29 | J | A | |
| 144. --AG Edwards Cash & Money Fund (X) | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1.000 or less | B = $1,001-$2,500 | C = $2.501-$5.000 | D = $5.001-$15.000 | E = $15,001-$50.000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100.000 | G = $100.001-$1,000.000 | H1 = $1,000,001-$5,000.000 | H2 = More than $5.000.000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15.001-$50,000 | L = $50.001-$100.000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500.000 | O = $500,001-$1, | P1 = $1.000,001-$5,000.000 | P2 = $5,000.001-$25,000.000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Browning, James O | 5/12/2005 |

## VII. INVESTMENTS and TRUSTS -- income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A -H) | (2)<br>Type (e.g.<br>div. rent or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 145. --Growth Fund of America Inc | A | Dividend | J | T | Buy | 05/03 | J | | |
| 146. Educational #1 ( G. Edwards) | | None | | | | | | A. | See NOTE 1 @ Part VIII |
| 147. --Colum Fnds Tr XI Yng Inv, fka Lib Stn Roe FDS Inv. Cl A | A | Dividend | | | Sell/Distrib | 04/08 | J | A | Account Closed 04/30 |
| 148. -- G. Edwards Cash Money Fund | A | Dividend | J | T | Distributed | 04/08 | | | Account Closed 04/30 |
| 149. Educational #2 (A.G. Edwards) | | | | | | | | | See NOTE 1 @ Part VIII |
| 150. --Colum Fnds Tr XI Yng Inv, fka Lib Stn Roe FDS Inv. Cl A | | None | | | Closed | | | | See NOTE 5 @ Part VIII |
| 151. --A. G. Edwards Cash & Money Fund | | None | | | Closed | | | | See NOTE 5 @ Part VIII |
| 152. Educational #3 ( Edwards) | | | | | | | | A.G. | See NOTE 1 @ Part VIII |
| 153. --A.G. Edwards Cash & Money Fund | A | Dividend | | | Distributed | | | | Account closed 04/30 |
| 154. --Colum Fnds Tr XI Yng Inv, fka Lib Stn Roe FDS Inv. Cl A | A | Dividend | | | Sell/Distrib | 04/08 | J | A | Account closed 04/30 |
| 155. Savings Account - Wells Fargo Bank (X) | A | Interest | J | T | | | | | |

| 1. Income/Gain Codes: | A = $1,000 or less | B = $1,001-$2,500 | C = $2,501-$5,000 | D = $5,001-$15,000 | E = $15,001-$50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F = $50,001-$100,000 | G = $100,001-$1,000,000 | H1 = $1,000,001-$5,000,000 | H2 = More than $5,000,000 | |
| 2. Value Codes: | J = $15,000 or less | K = $15,001-$50,000 | L = $50,001-$100,000 | M = $100,001-$250,000 | |
| (See Columns C1 and D3) | N = $250,000-$500,000 | O = $500,001-$1,000,000 | P1 = $1,000,001-$5,000,000 | P2 = $5,000,001-$25,000,000 | |
| | P3 = $25,000,001-$50,000,000 | | P4 = $More than $50,000,000 | | |
| 3. Value Method Codes | Q = Appraisal | R = Cost (Real Estate Only) | S = Assessment | T = Cash/Market | |
| (See Column C2) | U = Book Value | V = Other | W = Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

NOTE 1 - These items listed in Section VII that have the note "See NOTE 1 @ Part VIII" in Column D(5) are headers only. The specific assets held in that corporation/trust/accounts are indented and listed individually following the header.

NOTE 2 - $9000 of the Treasury Bills at item #50 matured on 11/26/04, and the proceeds were transferred to the NM Bank and Trust checking account on that date.

Note 3 - Item #108 - Trust #1(Wachovia Brokerage Account) was a managed equity account that was closed in July 2003. All individual items in account (item #'s 109 - 192 on 2003 FDR) were listed as exempt in 2003, because the individual amounts were less than $1,000. Items #181 to 192 on the 2003 FDR, which were each individually exempt, were listed as still in account at 12/31/03, however, the entire account was liquidated and closed in July 2003. Therefore, items #109 to 192 from the 2003 FDR are deleted from this report.

Note 4 - Items #115 to 130 (199 - 214 on 2003 FDR) were Profit Sharing Plan and Money Purchase Plan assets from former law firm, which were rolled into Fidelity IRA #1 (Item # 65) in June 2004. Therefore, items 115 to 130 have zero value at 12/31/04.

Note 5 - This account was closed in July 2003. This should have been indicated on the 2003 FDR, but such information was inadvertently omitted.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.



Signature_____     Date __5 | 12 | 05_____

NOTE: ANY~~~~~~~~~VHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY
BE SUBJEC~~~~~~~~ CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

---

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C.  20544